AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2020 AUG 11  PM 3: 32
DEPUTY CLERK _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:20-MJ-488 |
| Eric Prescott Kay (01) | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Eric Prescott Kay                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

| 21 U.S.C. § 846 | Conspiracy to distribute or possesss with an intent to distribute a controlled substance |
|---|---|

Date:  July 30, 2020

_____
*Issuing officer's signature*

City and state:   Fort Worth, Texas          JEFFREY L. CURETON, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/30/20 , and the person was arrested on *(date)* 8/7/20
at *(city and state)* Ft Worth TX.

Date: 8/7/20

_____
*Arresting officer's signature*

Brett Lindeberg Special Agent
*Printed name and title*